**SIGNED.**

Dated: June 01, 2010



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| OLLANIK CONSTRUCTION CO., INC., | No. 4:07-bk-02528-JMM |
| | **MEMORANDUM DECISION** |
| | **(Re: Trustee's Motion for 1) Approval of Actions Necessary to Perform Certain Obligations, 2) Allowance and Authorization to Pay Fees and Costs of Professionals Employed to Assist the Trustee, and 3) Approval of the Distribution of Remaining Plan Trust Funds to Plan Participants, and Related Relief)** |
| Debtor. | |

On March 26, 2010, the Trustee of this Chapter 7 liquidation case filed a motion to enable him to conclude the steps necessary to terminate an employee benefit plan, and payout the funds to those who assisted those efforts, and to all of the plan's beneficiary employees. The employees, in turn, could either roll-over their funds or spend them (subject of course, to penalties and/or taxes). (DN 194).

Earlier, on December 30, 2008, the Trustee had asked for the same or similar relief (DN 172). That motion was heard on January 26, 2009, and granted (DN 179). The motion was previously served on plan participants and the Department of Labor, on January 6, 2009 (DN 174). No objections were raised. An order was entered on January 30, 2009 (DN 181). That order was not appealed and is final.

Then, on March 26, 2010, over one year later, the Trustee filed another motion, covering much or most of the same ground as in the earlier motion (DN 194). One difference, however, was the comment that the Trustee had received a favorable determination letter from the IRS. A hearing was set, and noticed, for April 26, 2010 (DN 195). On March 31, 2010, notice was sent to creditors, parties in interest, and the Department of Labor (DN 196).

The hearing of April 26, 2010 occurred, but there were no appearances, due to the Department of Labor's entry into the case on April 15, 2010 (DN 199), and its request for additional time to respond.

Finally, on May 13, 2010, the parties convened and discussed the Trustee's motion.

After review of the entire relevant record, it appears that the Department of Labor has arrived on the scene one year too late. This court's order of January 26, 2009 dealt with the issues again placed before the court. That earlier order is final and dispositive. The parties are bound by it.

Moreover, this court clearly had core jurisdiction over the matter at that time, and now.

To that end, the Trustee's request is lawful, authorized and approved, and the earlier order is ratified. A separate order will enter, FED. R. BANKR. P. 9021.

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:

Trudy A. Nowak, Attorney for Trustee

Stanley J. Kartchner, Trustee

Kasey C. Nye, Attorney for Debtor

Norm Garcia, Attorney for Secretary of Labor

Nancy J. March, Attorney for David Ollanik